193 F.2d 178
 Sam DURKIN, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 13715.
 United States Court of Appeals Fifth Circuit.
 January 7, 1952.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; J. Skelly Wright, Judge.
 Sam Durkin, in pro. per.
 Hilary J. Gaudin, Asst. U. S. Atty., John McKay, U. S. Atty., New Orleans, La., for appellee.
 Before HOLMES, BORAH, and STRUM, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed.